# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CR 04

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JULIUS HILLARD. ) | |
| _____ ) | |

**THIS MATTER** comes on before the undersigned pursuant to a "Motion to Dismiss" (#21) filed by counsel for the defendant on April 9, 2009. This motion was referred to the undersigned by the District Court for the purpose of conducting a hearing, making factual findings, and a Memorandum and Recommendation to the District Court in regard to the disposition of the motion. The motion was not accompanied by a brief as required by Local Criminal Rule at LCrR 47.1(C). Defendant's counsel will be allowed until April 17, 2009 to file a brief setting forth all authority that supports the Motion to Dismiss. A response by the government shall then be made in accordance with LCrR 47.1(D)(E).

## ORDER

IT IS, THEREFORE, **ORDERED** that defendant's counsel file a brief in support of the "Motion to Dismiss" (#21) on or before April 17, 2009 and the government shall respond to the motion and brief in accordance with LCrR 47.1(B)(E).

Signed: April 13, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge